**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LUIS ALFREDO ARANA-MUNGUIA,

Petitioner,

v.

ACTING WARDEN, DESERT VIEW FACILITY, *et al.*,

Respondents.

Case No. 5:26-cv-02964-DMK

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 13, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE